(November 12, 1970)

HARVEY CHALMERS & SONS, INC., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 47754.)

866

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.